RECEIVED
BY MAIL

DEC 19 2001

CLERK US DIST COURT
ST. PAUL, MN

UNITED STATES DISTRIC T COURT
FOR THE EIGHTH CIRCUIT

VIRGINIA COON, as Trustee and on behalf of the heirs of JAMES B. COON, Decedent,

Plaintiff,

v.

GlaxoSmithKline PLC, SmithKline Beecham Corporation and SmithKline Beecham Consumer Healthcare, L.P.,

Defendants.

Court File No.: 01-CV-2058 ADM/SRN

**STIPULATION FOR EXTENSION OF TIME**
AND ORDER

The parties, by and through their counsel, hereby stipulate and agree that Defendants shall have to and including January 14, 2002 within which to file and serve their response to Plaintiff's Complaint.

Dated: December 17, 2001

ZIMMERMAN REED, P.L.L.P.

By ______________________
Ronald S. Goldser (#35932)
Timothy J. Becker (#256663)
901 North Third Street
Suite 100
Minneapolis, MN 55401
Telephone: (612) 341-0400

Attorney for Plaintiff

Dated: December 11, 2001

HALLELAND LEWIS NILAN SIPKINS & JOHNSON

By ______________________
Scott A. Smith (#174026)
220 South Sixth Street, Suite 600
Minneapolis, MN 55402
Telephone: (612) 338-1838
Fax: (612) 338-7858

Attorney for Defendants

FILED DEC 20 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

DN: 135058

UNITED STATES DISTRIC T COURT
FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| VIRGINIA COON, as Trustee and on behalf of the heirs of JAMES B. COON, Decedent,<br><br>Plaintiff,<br><br>v.<br>GlaxoSmithKline PLC, SmithKline Beecham Corporation and SmithKline Beecham Consumer Healthcare, L.P.,<br><br>Defendants. | Court File No.: 01-CV-2058 ADM/SRN<br><br>**ORDER** |

Based upon the parties' Stipulation, the time within which Defendants may answer or otherwise respond to Plaintiff's Complaint is hereby extended to and including January 14, 2002.

Dated: December 20, 2001

BY THE COURT

By [signature]
Susan Richard Nelson
United States Magistrate Judge
United States District Court
District of Minnesota